UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CALIFORNIA, STATE OF,<br><br>Plaintiff,<br><br>vs.<br><br>HITACHI ASTEMO, LTD. (F/K/A HITACHI AUTOMOTIVE SYSTEMS, LTD),  HITACHI ASTEMO INDIANA, INC. (F/K/A KEIHIN NORTH AMERICA, INC.),<br><br>Defendants. | 2:23-CV-13077-TGB<br><br><br>**ORDER DISMISSING CASE**<br><br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 8th day of December, 2023.

                                                BY THE COURT:

                                                /s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                United States District Judge